# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-704
Lower Tribunal No. 22-MM-020582

———————————————

WILLIAM GATES, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the County Court for Lee County.
Maria E. Gonzalez, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and MIZE, JJ., concur.


William Gates, Jr., Bowling Green, pro se.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED